VICTOR ALBRITTON, *Plaintiff in Error*, v. THE STATE OF FLORIDA, *Defendant in Error*.

Opinion Filed June 20, 1921.

A Writ of Error to the Circuit Court for DeSoto County; George W. Whitehurst, Judge.

PER CURIAM.—The judgment and sentence herein are reversed upon authority of Samp Albritton v. State, this day decided.

BROWNE, C. J., AND TAYLOR, WHITFIELD AND ELLIS, J. J., concur.

WEST, J., dissents.